UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

                    Plaintiff,

          -v-

EQUIFAX INFORMATION SERVICES LLC, ET
AL,

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's notice indicating that a settlement has been reached with Defendant Wells Fargo. ECF No. 35. The deadline for Wells Fargo to answer the complaint is adjourned to **July 30, 2026**.

**SO ORDERED.**

Dated: June 2, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge