UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

               Plaintiff,

    -v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/15/2026_

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's notice indicating that a settlement has been reached with Defendant Equifax. ECF No. 49. The deadline for Equifax to answer the complaint is adjourned to **August 14, 2026**.

**SO ORDERED.**

Dated: June 15, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge