**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MORRIS GRAY,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SERVICES, INC., CAPITAL ONE BANK (USA), N.A., WELLS FARGO BANK, N.A., ALLY FINANCIAL INC., UNITED REVENUE CORPORATION, FREEDOM MORTGAGE CORPORATION, THE BANK OF MISSOURI, COMENITY BANK, NELNET, INC., I.Q. DATA INTERNATIONAL, INC., KIA FINANCE AMERICA, MR. COOPER F/K/A NATIONSTAR MORTGAGE LLC, ONEMAIN FINANCIAL CORPORATION, AND WEBBANK,

Defendants.

Case No. 1:26-CV-03084 (DEH) (HJR)

**AFFIDAVIT OF DANIEL P. JACKSON**
**IN SUPPORT OF HIS MOTION FOR ADMISSION PRO HAC VICE**

I, Daniel P. Jackson, Esq., being duly sworn and on oath can competently testify to the following facts from my personal knowledge:

1. I am a shareholder of the law firm Vedder Price P.C. My contact information is:

Daniel P. Jackson, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel.: (302) 609-7500
Email: djackson@vedder.com

2. I desire to be admitted *pro hac vice* to the bar of the United States District Court for the Southern District of New York, pursuant to Local Rule 1.3 of the Local Rules of the United

States Courts for the Southern and Eastern Districts of New York, to appear and participate as counsel for Defendant WebBank in the above-captioned matter.

3. I hereby certify that I am admitted to practice and in good standing in the following jurisdictions:

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Illinois | 2006 | 6289813 |
| U.S. District Court, Northern District of Illinois | 2007 | 6289813 |
| U.S. Court of Appeals, Seventh Circuit | 2008 | 6289813 |
| U.S. District Court, Southern District of Illinois | 2009 | 6289813 |
| U.S. Court of Appeals, Third Circuit | 2025 | 6289813 |
| U.S. Court of Appeals, Eighth Circuit | 2025 | 6289813 |
| U.S. District Court, District of Colorado | 2025 | 2693641 |
| U.S. District Court, Southern District of Texas | 2025 | 6289813 |

4. A Certificate of Good Standing issued within the past thirty (30) days from the Bar of the State of Illinois is attached hereto as **Exhibit A**.

5. There are no pending disciplinary proceedings against me in any State or Federal Court. I have not been convicted of a felony. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

6. I consent to be subject to the disciplinary rules of this Court for any alleged misconduct which occurs in the preparation or course of this action.

7. I will abide by the Local Rules for the Southern and Eastern Districts of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 15th, 2026

Daniel P. Jackson, Esq.

SWORN TO AND SUBSCRIBED BEFORE ME,
this 15th day of June, 2026.

Barbara Ann Hahn
Notary Public

Printed Name: Barbara Ann Hahn
My Commission Expires: 4/13/27

"OFFICIAL SEAL"
BARBARA ANN HAHN
Notary Public, State Of Illinois
My Commission Expires 04/13/2027
Commission No. 970108