USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Defendant Nelnet, Inc. filed a motion to dismiss on June 16, 2026 (the "Motion to Dismiss"). ECF No. 58. To date, Plaintiff has not filed a response to the Motion to Dismiss. The Court *sua sponte* extends the deadline to respond to the Motion to Dismiss to **July 17, 2026**.

**SO ORDERED.**

Dated: July 8, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge