UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/14/2026

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's notice indicating that a settlement has been reached with Defendant Comenity Bank. ECF No. 85. The deadline for Comenity Bank to answer the complaint is adjourned to **September 14, 2026**, unless Comenity Bank is dismissed from the case before then.

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge