UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 8/7/2026

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 16, 2026, Defendant Ally Financial filed an answer containing counterclaims. ECF No. 97. The deadline for Plaintiff to file an answer to those counterclaims was August 6, 2026. *See* Fed. R. Civ. P. 12(a). To date, no such answer has been received. The deadline for Plaintiff to file an answer to the counterclaims is extended *sua sponte* to **August 13, 2026**.

**SO ORDERED.**

Dated: August 7, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge