UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/17/2026

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated June 15, 2026, the deadline for Defendant Equifax to answer the complaint was adjourned to **August 14, 2026**. ECF No. 51. To date, no such response has been received, nor have the parties filed a stipulation of dismissal. The Court *sua sponte* extends the deadline for Equifax to respond to the complaint to **August 21, 2026**.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge