USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated June 15, 2026, the deadline for Defendant Equifax to answer the complaint was adjourned to August 14, 2026. ECF No. 51. By Order dated August 17, 2026, the Court *sua sponte* extended the deadline to August 21, 2026. ECF No. 127. To date, no answer has been received, nor have the parties filed a stipulation of dismissal.

Additionally, Plaintiff's deadline to file his opposition to the motions to dismiss filed by Defendants I.Q. Data and Mr. Cooper was August 21, 2026. ECF Nos. 108, 113. To date, no opposition has been filed.

Defendant Equifax and Plaintiff shall each file an explanation of why they missed the above deadlines by **August 26, 2026**. The Parties should also be prepared to discuss these failures at the case management conference scheduled for August 28, 2026.

**SO ORDERED.**

Dated: August 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge