USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated August 24, 2026, Defendant Equifax and Plaintiff were directed to file explanations of why they missed the deadlines to answer the complaint and oppose the motions to dismiss, respectively, by August 26, 2026. To date, no such explanations have been filed.

By Order dated August 10, 2026, the parties were directed to email a proposed discovery plan to RicardoNYSDChambers@nysd.uscourts.gov by August 26, 2026. To date, no discovery plan has been received. The parties are directed to submit a proposed discovery plan to chambers by email **today.**

**SO ORDERED.**

Dated: August 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge