USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL.

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

During the case management conference held on August 28, 2026, the parties discussed entering into a stipulation permitting Plaintiff to file an amended complaint, thereby mooting the pending motions to dismiss. The parties shall file any such stipulation by **September 14, 2026**.

Plaintiff shall file a letter describing his intent with respect to Defendant United Revenue Corporation by **September 14, 2026**, as the docket offers no indication that this party has been served.

The deadlines for Defendant Equifax to answer, and for Plaintiff to respond to the motions to dismiss filed by Defendants Mr. Cooper and I.Q. Data, are hereby adjourned to **September 14, 2026**.

**SO ORDERED.**

Dated: August 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge