UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Grey,

Plaintiff(s),

v.

Equifax Information Services LLC et al.,

Defendant(s).

26-CV-3084 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 26, 2026, this Court ordered Defendant Freedom Mortgage Corporation dismissed from this action pursuant to a stipulation of voluntary dismissal. ECF No. 132. This dismissal renders Defendant Freedom Mortgage's pending motion to dismiss, ECF No. 68, moot. Accordingly, the Clerk of Court is respectfully requested to terminate ECF No. 68.

SO ORDERED.

Dated: September 14, 2026
New York, New York

DALE E. HO
United States District Judge