UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's notice indicating that a settlement has been reached with Defendant I.Q. Data. ECF No. 145. The deadline for I.Q. Data to respond to the amended complaint is extended to **November 23, 2026**, unless an order of dismissal is entered before then.

**SO ORDERED.**

Dated: September 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge