UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gray,

Plaintiff(s),

v.

Equifax Information Services LLC et al.,

Defendant(s).

26-CV-3084 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 16, 2026, Plaintiff filed an Amended Complaint, ECF No. 143, rendering several pending motions to dismiss moot. Accordingly, ECF Nos. 58, 108, and 113 are **DENIED WITHOUT PREJUDICE** as **MOOT**. The Clerk of Court is respectfully directed to terminate ECF Nos. 58, 108, and 113.

SO ORDERED.

Dated: September 28, 2026
New York, New York

DALE E. HO
United States District Judge