USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' status letter. ECF No. 149. The parties shall file the next status letter by **January 5, 2026**.

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge