UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS GRAY,

Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES LLC, ET AL,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/12/2026

**ORDER**

26-CV-3084 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's notice that a settlement has been reached with Defendant Nelnet. ECF No. 154. The parties are directed to file a status update by **January 11, 2027**, if the case is not dismissed before then.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge